No. 04–541. BLANSETT ET AL. v. CONTINENTAL AIRLINES, INC. C. A. 5th Cir. Certiorari denied.

No. 04–543. PHONOMETRICS, INC., ET AL. v. ITT SHERATON CORP. C. A. Fed. Cir. Certiorari denied.

No. 04–577. BALLARD v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 04–587. SAWUKAYTIS v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 04–596. WILLIAMS-RUSSELL & JOHNSON, INC. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–600. FARMER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–606. CASTILLA v. UNITED STATES; and CALAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–616. CHOHUNG BANK v. FILLER, TRUSTEE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–619. WEIL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5878. PERRY v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL FACILITY. C. A. 8th Cir. Certiorari denied.

No. 04–5897. FITZGERALD v. FITZGERALD ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 04–5908. SCOTT v. PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE. C. A. 3d Cir. Certiorari denied.

No. 04–6185. PINEDA-TORRES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.